1

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)

2

*sgibson@jmbm.com*
JESSICA P. G. NEWMAN (Bar No. 309170)

3

*jnewman@jmbm.com*
1900 Avenue of the Stars, 7th Floor

4

Los Angeles, California 90067-4308
Telephone:   (310) 203-8080

5

Facsimile:   (310) 203-0567

6

7

Attorneys for Defendant SWISSDIGITAL

8

USA Co., LTD.

9

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13

TARGUS INTERNATIONAL LLC,

14

Plaintiff,

15

v.

16

SWISSDIGITAL USA CO., LTD., ,

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

Case No. 8:20-cv-00782-JLS-DFM

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8.3)**

Complaint Served: April 24, 2020
Current Response Date: May 15, 2020
New Response Date: June 15, 2020

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    Plaintiff Targus International LLC and Defendant SwissDigital USA Co., Ltd.

2  hereby stipulate to a 30-day extension for Defendant to answer or otherwise respond

3  to Plaintiff's complaint, pursuant to Local Rule 8.3.  Defendant's response will be

4  due on June 15, 2020.

5        IT IS SO STIPULATED.

6

7  DATED:  May 5, 2020        ARMOND WILSON LLP
                              MICHELLE E. ARMOND
8                             FORREST M. MCCLELLEN

9

10

11                           By:        /s/ Michelle E. Armond
                                   _____
12                                     MICHELLE E. ARMOND
                                       FORREST M. MCCLELLEN
13                                 Attorneys for Plaintiff TARGUS
                                   INTERNATIONAL LLC
14

15  DATED:  May 5, 2020        JEFFER MANGELS BUTLER & MITCHELL LLP
                              STANLEY M. GIBSON
16                            JESSICA P. G. NEWMAN

17

18

19                           By:        /s/ Jessica P.G. Newman
                                   _____
20                                     JESSICA P.G. NEWMAN
                                   Attorneys for Defendant SWISS DIGITAL
21                                 USA CO., LTD.

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 5, 2020                    By: /s/   *Jessica P.G. Newman*
                                                   Jessica P.G. Newman

Case No. 8:20-cv-00782-JLS-DFM

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

JMBM | Jeffer Mangels Butler & Mitchell LLP