UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 20-00782-JLS (DFM)                              Date:   August 16, 2020
Title:  Targus International LLC v. SwissDigital USA Co, Ltd.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                         Not Present

**Proceedings:**          **(In Chambers) SCHEDULING ORDER IN A PATENT CASE**

The present case alleges that Defendant infringed Plaintiff's utility patent.  The Court has reviewed the Joint Rule 26(f) Report (Doc. 24) and VACATES the Scheduling Conference set for August 7, 2020.

The Court has reviewed and considered the proposed pretrial dates set forth in Exhibit B to the parties' Joint Rule 26(f) Report.  As the parties recognize, the Court follows a modified version of the schedule for utility patent cases contemplated by the Patent Local Rules for the Northern District of California.  The parties were unable to agree upon a schedule.  Other than as noted below, the Court adopts the schedule proposed by Plaintiff because it conforms to the Court's presumptive schedule and coordinates with the related case involving the same patent.

The Court sets the date for the filing of the Joint Claim Construction Prehearing Statement at one week after the close of Claim Construction Discovery.

The briefs filed in advance of the claim construction hearing consist of simultaneously filed opening briefs and simultaneously filed responsive briefs.  No reply briefs are to be filed absent invitation by the Court.

The Court sets the schedule in this case as set forth below.  The Court has made minor adjustments to its presumptive schedule to avoid setting deadlines in late December 2020, and the Court has set a claim construction hearing that conforms more closely to its presumptive schedule.  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 20-00782-JLS (DFM)                Date:   August 16, 2020

Title:  Targus International LLC v. SwissDigital USA Co, Ltd.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date.

| | |
|---|---|
| Disclosures of Asserted Claims and Infringement Contentions, and Document Production Accompanying Disclosure: | **August 21, 2020** |
| Last Day to File a Motion to Add Parties and Amend Pleadings: | **October 6, 2020** |
| Invalidity Contentions and Accompanying Document Production: | **October 9, 2020** |
| Exchange of Proposed Terms for Claim Construction: | **October 23, 2020** |
| Exchange of Proposed Claim Constructions and Extrinsic Evidence: | **November 6, 2020** |
| Damages Contentions and Accompanying Document Production: | **November 20, 2020** |
| Completion of Claim Construction Discovery: | **December 4, 2020** |
| Joint Claim Construction Prehearing Statement: | **December 11, 2020** |
| Last Day to File Simultaneous Opening Claim Construction Briefs: | **December 18, 2020** |
| Responsive Damages Contentions: | **January 4, 2020** |
| Last Date to File Simultaneous Responsive Claim Construction Briefs: | **January 9, 2021** |
| Claim Construction Hearing (Tuesday 9:00 a.m.) | **February 2, 2021** |
| Advice of Counsel-Related Production: | **June 1, 2021** |
| Fact Discovery Cut-off: | **July 2, 2021** |
| Last Day to Serve Initial Expert Reports: | **July 16, 2021** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 20-00782-JLS (DFM)                    Date:    August 16, 2020

Title:  Targus International LLC v. SwissDigital USA Co, Ltd.

| | |
|---|---:|
| Last Day to File Dispositive Motions: | **July 16, 2021** |
| Last Day to Serve Rebuttal Expert Reports: | **August 13, 2021** |
| Last Day to Conduct Settlement Proceedings: | **September 3, 2021** |
| Expert Discovery Cut-off: | **September 10, 2021** |
| Last Day to File *Daubert* Motions: | **September 17, 2021** |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | **October 8, 2021** |
| Final Pretrial Conference (10:30 a.m.): | **November 5, 2021** |
| Preliminary Trial Estimate:[1] | **4-6 days** |

**IT IS SO ORDERED.**

Initials of Preparer:  mku

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.